AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DUANE E. TRAVIS,
           Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

FLUOR HANFORD, INC.,
           Defendant.

CASE NUMBER: CV-06-5017-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant is awarded judgment against the Plaintiff, Duane E. Travis, and his counsel, Edwin R. Burkhardt, Esq., jointly and severally, in the total amount of $9,291.56 for attorney's fees and expenses incurred in connection with the Defendant's motion to compel.

| | |
|---|---|
| March 3, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |